UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL J S SMITH III,<br><br>            Plaintiff,<br><br>      v.<br><br>OFFICE OF CHILD SUPPORT ENFORCEMENT,<br><br>            Defendant. | No.  2:14-cv-2444 JAM DAD PS<br><br><br><br>ORDER |

Plaintiff is proceeding pro se with the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 28, 2015, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The fourteen-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed April 28, 2015 (Dkt. No. 3) are adopted in full;

2. Plaintiff's October 17, 2014 application to proceed in forma pauperis (Dkt. No. 2) is denied;

3. Plaintiff's October 17, 2014 complaint (Dkt. No. 1) is dismissed without leave to amend; and

4. This action is dismissed.

DATED: June 12, 2015

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

/smith2444.jo

2